**Opinion issued April 22, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00151-CV

———————————

**CACTUS CONSOLIDATORS, L.P., MTB MANAGEMENT, INC., AND JOSEPH F. SAMPLE, Appellants**

**V.**

**SHARA HYMOWITZ, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-18551**

---

## MEMORANDUM OPINION

Appellants, Cactus Consolidators, L.P., MTB Management, Inc., and Joseph F. Sample, have filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.